THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest of Belton Wayne C., a minor under the age of seventeen years,       
 Appellant.
 
 
 

Appeal From Kershaw County
Rolly W. Jacobs, Family Court Judge

Unpublished Opinion No. 2003-UP-345
Submitted March 26, 2003  Filed 
 May 20, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson; 
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Belton Wayne C., a minor, pled guilty to probation violation 
 (contempt), breaking and entering a motor vehicle, and possession of a weapon 
 on school property.  He entered a plea of nolo contendere to charges of criminal 
 domestic violence and discharging a firearm into a dwelling.  The judge sentenced 
 Belton to the Department of Juvenile Justice for an indeterminate period not 
 to exceed his twenty-first birthday.  Belton Wayne C.s appellate counsel filed 
 a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel 
 additionally submitted a petition to be relieved from representation, asserting 
 there are no directly appealable issues of arguable merit.  Belton Wayne C. 
 did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.